
EXHIBIT B

## Infringement Claim Chart for U.S. Patent No. 9,824,150 v. Clinc ("Defendant")

| Claims | Evidence |
|---|---|
| 18. A method for providing search results to a client, comprising: | Defendant ("Clinc") provides a voice-operated assistant platform. The Clinc AI practices a method for providing search results to a client/customer/user, for example, it understands and follows complex conversations, enabling a vastly superior customer interaction. Customers can check balances, report lost or stolen cards, transfer funds, order food, smart infotainment, and gain deep insights into their spending habits in a single, seamless interaction.<br><br><br><br>Source: https://clinc.com/ |



Source: https://www.youtube.com/watch?v=Ss4-sg3E6RQ



Source: https://www.youtube.com/watch?v=Ss4-sg3E6RQ

With an average **82% CSAT** across all of our live deployments, your customers are going to love a virtual assistant built with Clinc.

Source: https://clinc.com/

Clinc's revolutionary conversational AI has been proven successful at some of the biggest banks worldwide. The best-in-class technology utilizes natural language processing that understands how people really talk, powering exceptional customer experiences.

Source: https://clinc.com/

Clinc AI understands and follows complex conversations, enabling a vastly superior customer interaction. Customers can check balances, report lost or stolen cards, transfer funds, and gain deep insights into their spending habits in a single, seamless interaction—without ever speaking to a human.

Source: https://clinc.com/



Source: https://www.youtube.com/watch?v=bLnXo3BxwN4



Source: https://www.youtube.com/watch?v=bLnXo3BxwN4



Source: https://www.youtube.com/watch?v=bLnXo3BxwN4

> When your customers are fully engaged, good things happen. Questions are quickly answered. Transactions are easily made. Loyalty is built. And ROI is generated. An exceptional customer experience makes it all possible. And we know exactly how to do it.

Source: https://clinc.com/why-clinc/

> İşbank leveraged the Clinc AI Platform to conduct a rapid cycle of designing, building, and deploying conversational AI. Using Clinc's technology, Maxi was trained to understand and respond both in written and spoken format in Turkish. Powered by advanced natural language processing, machine learning, and deep neural networks, Clinc's AI is able to comprehend, recall, and respond to unstructured, everyday human speech.

Source: https://clinc.com/why-clinc/



Source: https://www.youtube.com/watch?v=vSIHCG-4jfI



Source: https://www.youtube.com/watch?v=vSIHCG-4jfI

| | |
|---|---|
| receiving an input from the client, the input including at least one of a voice recording; | The Clinc AI is a voice-operated assistant platform that receives voice input from client/customer to provide requested/desired information.  Source: https://clinc.com/ |



Source: https://www.youtube.com/watch?v=Ss4-sg3E6RQ



Source: https://www.youtube.com/watch?v=Ss4-sg3E6RQ



Source: https://www.youtube.com/watch?v=vSIHCG-4jfI

İsbank leveraged the Clinc AI Platform to conduct a rapid cycle of designing, building, and deploying conversational AI. Using Clinc's technology, Maxi was trained to understand and respond both in written and spoken format in Turkish. Powered by advanced natural language processing, machine learning, and deep neural networks, Clinc's AI is able to comprehend, recall, and respond to unstructured, everyday human speech.

Source: https://clinc.com/why-clinc/

Develop production-ready, 100% autonomous custom conversational experiences on the Clinc platform, maintaining complete control of deployment across multiple channels, including Alexa, web messenger and mobile apps.

Source: https://clinc.com/our-process/platform/

Clinc's conversational AI platform is a patented technology stack we built from the ground up with state-of-the-art natural language understanding and machine learning. The platform's experiential learning ensures the AI improves and grows over time and use. It all comes together in an AI that can be deployed because of the included pre-programmed features and intents, with a 95% containment rate and massive cost savings.

Source: https://clinc.com/our-process/platform/



**Messy Language. No Problem.**

Our AI learns patterns in speech to recognize slang and understand contextual clues. This means your customers can speak to it as they would speak to a human, messy, natural and conversational.

Source: https://clinc.com/our-process/platform/

| assigning a virtual machine for processing the input, including at least allocating one or more processing resources of the virtual machine at least partially based on at least one indication of processing power available on the client; | The Clinc AI provides a voice-operated virtual assistant platform configured to process a voice input from client/customer. The Clinc AI is installed on a device (e.g., phone, computer, vehicle's infotainment, etc.) consists of processing resources allocated to the client's command (input) to process it based on the processing power available on the client (computer/device/infotainment).  Source: https://www.youtube.com/watch?v=bLnXo3BxwN4 Develop production-ready, 100% autonomous custom conversational experiences on the Clinc platform, maintaining complete control of deployment across multiple channels, including Alexa, web messenger and mobile apps. Source: https://clinc.com/our-process/platform/ You've got a preferred environment for your virtual assistant. We've got options. Clinc offers cloud and on-premise models to ensure your organization can deliver the most engaging conversational AI experience possible. Source: https://clinc.com/our-services/deployment/ |

**24/7 Customer Access**

Clinc's Virtual Banking Assistant is always on and ready to assist your customers. Answer questions, provide electronic banking support or conduct transactions over voice and chat - automatically.

**Secure**

Clinc's Virtual Banking Assistant sits behind your authentication, so there's no additional steps for your customers to begin interaction immediately.

Source: https://clinc.com/our-process/vitualbankingassistant/

Clinc's goal is to create a true human-in-the-room experience. For every prototype demo or virtual assistant that we create, the big question is always "is this as competent as a human?" This exceedingly high expectation continually drives us to innovate and differentiate our tech from the rest of the industry.

Source: https://clinc.com/our-services/technology-2/



Source: https://www.youtube.com/watch?v=-S8HL7-OSr4



Source: https://clinc.com/our-process/vitualbankingassistant/



Source: https://www.youtube.com/watch?v=LIOXg9bzczA

| | |
|---|---|
| processing the input with the assigned virtual machine into a search criteria, an amount of processing at least partially dependent on at least some pre-processing of an utterance occurring on the client having been based, at least in part, on the processing power available on the client; | Clinc AI, the voice-operated virtual assistant platform processes a voice input from client/customer. The Clinc AI is configured to process the voice input into search criteria for example, by accessing the food manuals, customer information, Question & Answer, bank details, transaction information, and Insurance recommendation information, etc. The Clinc AI recognizes the user as a specific user based on its voice recognition ability. The customers are starting a new conversation or picking up where they left off before (i.e., a pre-processing of an utterance), the technology retains history, ensuring customers feel remembered and understood. The Clinc AI learns patterns in speech to recognize slang and understand contextual clues. This means customers can speak to it as they would speak to a human, messy, natural, and conversational.<br><br>Clinc's revolutionary conversational AI has been proven successful at some of the biggest banks worldwide. The best-in-class technology utilizes natural language processing that understands how people really talk, powering exceptional customer experiences.<br><br>Source: https://clinc.com/<br><br>İşbank leveraged the Clinc AI Platform to conduct a rapid cycle of designing, building, and deploying conversational AI. Using Clinc's technology, Maxi was trained to understand and respond both in written and spoken format in Turkish. Powered by advanced natural language processing, machine learning, and deep neural networks, Clinc's AI is able to comprehend, recall, and respond to unstructured, everyday human speech.<br><br>Source: https://clinc.com/why-clinc/ |

**Context Retention**

Whether your customers are starting a new conversation or picking up where they left off before, our technology retains history, ensuring customers feel remembered and understood.

Source: https://clinc.com/our-process/platform/

**Messy Language. No Problem.**

Our AI learns patterns in speech to recognize slang and understand contextual clues. This means your customers can speak to it as they would speak to a human, messy, natural and conversational.

Source: https://clinc.com/our-process/platform/



Source: https://clinc.com/our-process/platform/

https://www.youtube.com/watch?v=hWKz9qCpSv8



Source: https://www.youtube.com/watch?v=Ss4-sg3E6RQ



Source: https://www.youtube.com/watch?v=Ss4-sg3E6RQ



Source: https://www.youtube.com/watch?v=Ss4-sg3E6RQ



Source: https://www.youtube.com/watch?v=hM3fC9d09RY

**Messy Language**

Clinc has the ability to understand natural and unconstrained language in the way that people tend to speak in their everyday lives. Virtual assistants, like the ones you see from competitors, use grammar and linguistic rules that determine parts of speech tagging and keywords. But the problem with this approach is people do not tend to speak in this structure.

Clinc's technique is a purely data-driven approach that allows our machine learning models to identify semantic patterns in speech that ultimately results in an experience where the AI can understand slang, and messy language.

Source: https://clinc.com/finie-experience-the-clinc-difference/

**Context Matters**

Clinc's tech is able to maintain context throughout a conversation, as the user jumps from one topic to another. This is what creates that human in the room experience that other virtual assistants in the market are unable to do. In the demo above, as the narrator asks about spending history, Finie is able to maintain the context that he was still referring to Ann Arbor in the last year for food and drink whereas those variables were completely ignored by the competing virtual assistant.

Source: https://clinc.com/finie-experience-the-clinc-difference/

| | |
|---|---|
| searching a media management system for results based on the search criteria, the media management | The Clinc AI is a voice-operated virtual assistant configured for searching media management system (i.e., digital documents on the cloud) including one or more media associated with metadata (i.e., food manuals, customer information, bank details, transaction information, and Insurance recommendation information, etc.) and display the needed information to customers based on voice recognition or search criteria. |

system including one or more media associated with metadata;



https://www.youtube.com/watch?v=stshz7W-YuQ



Source: https://www.youtube.com/watch?v=stshz7W-YuQ



Source: https://www.youtube.com/watch?v=LIOXg9bzczA

**Context Retention**

Whether your customers are starting a new conversation or picking up where they left off before, our technology retains history, ensuring customers feel remembered and understood.

Source: https://clinc.com/our-process/platform/



Source: https://www.youtube.com/watch?v=hM3fC9d09RY



Source: https://www.youtube.com/watch?v=-S8HL7-OSr4



Source: https://www.youtube.com/watch?v=Ss4-sg3E6RQ

**Data Security**

Ensures that your data has the potential to be more secure, stored within your organization's own infrastructure.

Source: https://clinc.com/our-services/deployment/

Our platform is designed to support the complex needs of large enterprises, including user management, SSO, on-premise and cloud implementations and more.

Source: https://clinc.com/our-process/platform/

| | |
|---|---|
| | Consumer data is more manageable, providing peace of mind since it is retained internally. |
| | Source: https://clinc.com/our-services/deployment/ |
| | Our powerful and cutting-edge customer experience is proven to increase customer acquisition. Leveraging data from our solution enables our clients to run targeted ads and provide tailored product recommendations. |
| | Source: https://clinc.com/our-process/vitualbankingassistant/ |
| transmitting one or more search results to the client; and | The Clinc AI transmits requested/desired information to the user. |
| | When your customers are fully engaged, good things happen. Questions are quickly answered. Transactions are easily made. Loyalty is built. And ROI is generated. An exceptional customer experience makes it all possible. And we know exactly how to do it. |
| | Source: https://clinc.com/why-clinc/ |



Source: https://clinc.com/



Source: https://www.youtube.com/watch?v=Ss4-sg3E6RQ



Source: https://www.youtube.com/watch?v=Ss4-sg3E6RQ



Source: https://www.youtube.com/watch?v=-S8HL7-OSr4

| | |
|---|---|
| making the assigned virtual machine available for assignment to at least one other client for processing at least one input from the at least one other client, | The Clinc AI is a voice-operated virtual assistant platform configured to process a voice input from client/customer. Clinc, the voice-activated assistant (e.g., Clinc drive-thru voice assistant, Clinc insurance recommendation virtual assistant, etc.) can be used by anyone (i.e., available for taking input from at least one other customer).<br><br>Whether you have 3 requests or 3,000,000 you can rely on Clinc's Virtual Banking Assistant to provide reliable service with 82% CSAT and 95% containment rates. No need to balance staffing, keeping costs down and service levels more predictable.<br><br>Source: https://clinc.com/our-process/vitualbankingassistant/ |



Source: https://www.youtube.com/watch?v=LIOXg9bzczA



Source: https://www.youtube.com/watch?v=LIOXg9bzczA

| | |
|---|---|
| | <br><br>Source: https://www.youtube.com/watch?v=f6kTXi0Aauk |
| wherein at least one of the receiving, assigning, processing, searching, transmitting, or making is at least partially implemented using at least one processing device. | The Clinc voice interaction application is installed on a device (e.g., phone, computer, vehicle's infotainment, etc.) (a processing device). The Clinc AI conversational platform receives voice input (questions) from the users. Further, the Clinc AI platform process the input to find the requested/desired information (answer) and transmit it to the users.<br><br>Clinc AI understands and follows complex conversations, enabling a vastly superior customer interaction. Customers can check balances, report lost or stolen cards, transfer funds, and gain deep insights into their spending habits in a single, seamless interaction—without ever speaking to a human.<br><br>Source: https://clinc.com/ |

Clinc's revolutionary conversational AI has been proven successful at some of the biggest banks worldwide. The best-in-class technology utilizes natural language processing that understands how people really talk, powering exceptional customer experiences.

Source: https://clinc.com/

Develop production-ready, 100% autonomous custom conversational experiences on the Clinc platform, maintaining complete control of deployment across multiple channels, including Alexa, web messenger and mobile apps.

Source: https://clinc.com/our-process/platform/

When your customers are fully engaged, good things happen. Questions are quickly answered. Transactions are easily made. Loyalty is built. And ROI is generated. An exceptional customer experience makes it all possible. And we know exactly how to do it.

Source: https://clinc.com/why-clinc/

İşbank leveraged the Clinc AI Platform to conduct a rapid cycle of designing, building, and deploying conversational AI. Using Clinc's technology, Maxi was trained to understand and respond both in written and spoken format in Turkish. Powered by advanced natural language processing, machine learning, and deep neural networks, Clinc's AI is able to comprehend, recall, and respond to unstructured, everyday human speech.

Source: https://clinc.com/why-clinc/



Source: https://www.youtube.com/watch?v=Ss4-sg3E6RQ

Whether you have 3 requests or 3,000,000 you can rely on Clinc's Virtual Banking Assistant to provide reliable service with 82% CSAT and 95% containment rates. No need to balance staffing, keeping costs down and service levels more predictable.

Source: https://clinc.com/our-process/vitualbankingassistant/