UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| **WYOMING TECHNOLOGY LICENSING, LLC**<br><br>Plaintiff<br><br>v.<br><br>**CLINC, INC.,**<br><br>Defendant | Case No. 2:23-CV-11032<br><br>JURY TRIAL DEMANDED |

### NOTICE OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) and 41(a)(1)(B), Plaintiff Wyoming Technology Licensing, LLC respectfully submits this notice of voluntary dismissal WITHOUT PREJUDICE of Defendant Clinc, Inc.

Dated: July 19, 2023

Respectfully Submitted

*/s/ René A. Vazquez*
René A. Vazquez
Virginia Bar No. 41988

**GARTEISER HONEA, PLLC**
119 W. Ferguson Street
Tyler, Texas 75702
Telephone: (903) 705-7420
Facsimile: (903) 405-3999

**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on all counsel of record via the Court's ECF system.

*/s/ René A. Vazquez*
René A. Vazquez